
Signed and Filed: May 2, 2019

_____
**HANNAH L. BLUMENSTIEL**
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br>Emmanuel Peter Cuschieri and Angelica Solorzano<br><br>Debtor(s) | Case No: 13-31608<br>Chapter 13 |

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check(s) made payable to FIRST FUNDS LLC/JOSEPH L SUSSMAN, in the amount of $5,311.38 was not cashed within the 90 day limit and an unclaimed money report was filed on 12/11/2018 to close the account and transfer the monies to the Clerk, U.S. Bankruptcy Court, for deposit with the U.S. Treasury or the designated local depository, and

It further appearing that Dilks & Knopik, LLC as assignee to FIRST FUNDS LLC/JOSEPH L SUSSMAN now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $5,311.38, to:

    Dilks & Knopik, LLC
    As assignee to FIRST FUNDS LLC/JOSEPH L SUSSMAN
    35308 SE Center St
    Snoqualmie, WA 98065-9216.

**End of Order**
**No Service List Requested**